■ In the Matter of JAMES W. RICHARDS, for Reinstatement to the Practice of Law. [796 NYS2d 295]—Order entered denying application for reinstatement. Present—Green, J.P., Scudder, Gorski, Pine and Hayes, JJ.

■ In the Matter of GEORGE H. HANSON, JR., an Attorney, Resignor. [796 NYS2d 262]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Green, J.P., Scudder, Gorski, Pine and Lawton, JJ.

■ In the Matter of CHRISTOPHER M. ALEXANDER, an Attorney, Resignor. [796 NYS2d 262]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Green, J.P., Scudder, Gorski, Pine and Lawton, JJ.

■ In the Matter of BARBARA SCHULTZ McCARTHY, an Attorney, Resignor. [796 NYS2d 262]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Green, J.P., Scudder, Gorski, Pine and Lawton, JJ.